UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2249

W. A. MACGUIRE,

Plaintiff - Appellant,

and

UNITED STATES OF AMERICA EX REL W. A. MACGUIRE,

Plaintiff,

versus

JOHN A. BOGGS; THE FLORIDA STATE BAR,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Chief District Judge. (CA-96-978-A)

Submitted: December 12, 1996      Decided: December 18, 1996

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

Affirmed by unpublished per curiam opinion.

W. A. MacGuire, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint, and denying Appellant's motion for leave to amend his complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. MacGuire v. Boggs, No. CA-96-978-A (E.D. Va. July 19 & Aug. 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2